IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SUSAN D. LAPARA                                                                          PLAINTIFF

v.                                    Civil No. 1:09CV629-HSO-JMR

SILVER SLIPPER CASINO VENTURE, LLC
SILVER SLIPPER GAMING, LLC                          DEFENDANTS

## FINAL JUDGMENT

THIS CAUSE came before the Court on March 1, 2011, for trial without a jury.  After consideration of the arguments of counsel, the testimony and exhibits, the record, and all relevant legal authorities, and for the reasons more fully stated in this Court's Findings of Fact and Conclusions of Law read into the record on this date, which are incorporated herein by reference, and pursuant to Federal Rules of Civil Procedure 52 and 58,

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that, Defendants' *ore tenus* Motion to Dismiss pursuant to FED. R. CIV. P. 52, should be and hereby is **GRANTED**.

**IT IS, FURTHER, ORDERED AND ADJUDGED**, that, judgment is rendered in favor of Defendants, and this civil action should be and hereby is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 1st day of March, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE